UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL CARTRIDGE COMPANY, a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HAROLD E. HEDRICK, an individual and JOHN DOES #1 - #10, individuals,<br><br>Defendants. | NO: 2:18-CV-0251-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal Pursuant to Court Rule 41 (ECF No. 20). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii). The Court has reviewed the record and files herein, and is fully informed.

According to Rule 41(a)(1(ii), a plaintiff may dismiss an action without a court order by filing a stipulation signed by all parties who have appeared. Unless the stipulation states otherwise, the dismissal is without prejudice.

ORDER ON VOLUNTARY DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(ii) and the parties' stipulation, this action is **DISMISSED** without prejudice.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** November 27, 2018.



THOMAS O. RICE
Chief United States District Judge