# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| FEDERAL CARTRIDGE COMPANY, a Minnesota Corporation,<br>*Plaintiff*<br>v.<br>HAROLD E. HEDRICK, an individual, and JOHN DOES #1 - #10, individuals<br>*Defendant* | Civil Action No. 2:18-CV-0251-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: All claims and causes of action in this matter are DISMISSED without prejudice pursuant to Rule 41(a)(1)(ii).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  on the parties' Stipulation ECF No. 20.

Date: November 27, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen